IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PACIFIC PLUS INTERNATIONAL INC**, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. **3:22-CV-00853-L** |
| **NATIONWIDE AGRIBUSINESS INSURANCE COMPANY**, | | |
| Defendant. | | |

## MEDIATION ORDER

After reviewing the Joint Status Report filed in this case, the court **determines** that this case is appropriate for mediation. The parties are therefore **directed** to participate in mediation by **March 2, 2023**. All parties shall appear **in person,** unless excused by the court, before a mediator of the parties' mutual choosing and participate in mediation. If a party is an entity rather than an individual, a person with settlement authority must appear **in person** on behalf of the entity. Further, in light of the COVID-19 Pandemic, to facilitate mediation, the court **allows** the parties to conduct mediation by video teleconference or video conference as long as someone with settlement authority for each party attends the mediation. The mediator shall submit a report to the court within three days of the mediation.

In accordance with § III(G) of this court's Civil Justice Expense and Delay Reduction Plan, the clerk of the court shall transmit to counsel a copy of its "Alternative Dispute Resolution Summary" form. Counsel shall be jointly responsible for ensuring that the mediator receives the form in a timely fashion. The mediator is ordered to return the form to the clerk of the court (not

**Mediation Order – Page 1**

to the undersigned's chambers) in accordance with the clerk's instructions. The mediator's obligation to return the clerk's form is separate from the obligation to submit a report to the court.

**It is so ordered** this 12th day of August, 2022.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge