IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PACIFIC PLUS INTERNATIONAL, INC.,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:22-CV-00853-L** |
| **NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,** | § § § § | |
| Defendant. | § § | |

## FIRST AMENDED MEDIATION ORDER

Before the court is the Parties' Agreed Motion to Extend the Mediation Deadline ("Motion") (Doc. 21), filed June 7, 2023. The court determines that the Motion should be, and is hereby, **granted.** The parties are therefore **directed** to participate in mediation by **July 12, 2023**. All parties shall appear **in person,** unless excused by the court, before a mediator of the parties' mutual choosing and participate in mediation. If a party is an entity rather than an individual, a person with settlement authority must appear **in person** on behalf of the entity. Further, in light of the COVID-19 Pandemic, to facilitate mediation, the court **allows** the parties to conduct mediation by video teleconference or video conference as long as someone with settlement authority for each party attends the mediation. The mediator shall submit a report to the court within three days of the mediation.

In accordance with § III(G) of this court's Civil Justice Expense and Delay Reduction Plan, the clerk of the court shall transmit to counsel a copy of its "Alternative Dispute Resolution Summary" form. Counsel shall be jointly responsible for ensuring that the mediator receives the form in a timely fashion. The mediator is ordered to return the form to the clerk of the court (not

to the undersigned's chambers) in accordance with the clerk's instructions. The mediator's obligation to return the clerk's form is separate from the obligation to submit a report to the court.

    **It is so ordered** this 8th day of June, 2023.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge
