IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PACIFIC PLUS INTERNATIONAL, INC.,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:22-CV-853-L** |
| **NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,** | § § § § | |
| Defendants. | § § | |

## ORDER

The trial of this case, which is currently set on the four-week docket beginning February 5, 2024, will need to be reset in light of the court's criminal trial docket, which takes precedence over civil actions, and an older civil action that is specially set for trial in February. Moreover, resetting the trial after the resolution of the pending summary judgment and expert motions (Docs. 27, 29, 31, 34) in this case may facilitate and streamline the preparation of pretrial materials and the trial of this case. Accordingly, the court **vacates** the trial, pretrial conference, and all pretrial and other unexpired deadlines in the Scheduling Order (Doc. 22). After ruling on the pending motions, the court will reset, as necessary, the trial and all unexpired deadlines.

**It is so ordered** this 2nd day of January, 2024.

Sam A. Lindsay
United States District Judge

Order – Solo Page